## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:15-bk-15500 |
| JOHN WILLIAM BOVENZO and SUSAN BOVENZO | Chapter 13 |
| | Honorable Pamela S. Hollis |
| Debtor(s) | |

## <u>NOTICE OF CURE PAYMENT</u>

NOW COME JOHN WILLIAM BOVENZO and SUSAN BOVENZO (the "Debtors"), by and through their attorneys, SULAIMAN LAW GROUP, LTD., hereby notify all parties of interest that:

1.      On September 11, 2018, the amount required to cure default in payments to Chapter 13 trustee was tendered to Chapter 13 trustee by First Class Mail®.

Dated: September 11, 2018

_/s/ Joseph Scott Davidson_

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

_Counsel for John William Bovenzo and Susan Bovenzo_