# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:

John William Bovenzo
Susan Bovenzo
*aka* Susan Trbovic

Debtors.

Chapter 13

Case No. 15-15500

## AGREED ORDER CONDITIONING THE AUTOMATIC STAY

Upon the Motion of U.S. Bank National Association, as Trustee of the Tiki Series III Trust (the "Movant") to Modify the Automatic Stay, due notice having been served upon all parties in interest; the Movant and the Debtors in agreement with the below terms and the Court having jurisdiction and being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay shall remain in effect conditioned upon the following:

1. That in the event the debtors become delinquent in their post-petition mortgage payments for two or more monthly payments, Movant may file and serve on Debtors, their counsel, and the Trustee a Notice of Default. Debtors shall have fourteen (14) days from the date of service of said Notice within which to cure the existing default set forth in such Notice and file a copy with the court.

   If Debtors fail to make such cure, and are allowed 14 days from the filing date on Pacer to cure, then on the fourteenth (14) day after service of the Notice, the Automatic Stay in this case shall be modified for Movant to proceed against the Debtors with foreclosure of the subject property, pursuant to Illinois law, without further order of the Court or proceeding being necessary, and thereafter commence any action necessary to obtain possession of the premises known as 173 S Palmer Drive, Bolingbrook, IL 60490.

2. Total post petition arrearage default: $23,395.44 . Debtors have submitted funds in the amount of $10,000.00 to be applied to the total arrearage default. Upon application of said funds, the remaining arrearage default balance will be $13,395.44. Debtors are to commence making regular ongoing monthly payments beginning December 01, 2018 in the amount of $1,949.62. In addition, Debtors will cure the said default of $13,395.44 by making monthly stipulated payments of $2,232.58 beginning December 01, 2018 through May 01, 2018.

| | |
|---|---|
| /s/Joseph S Davidson, Esq. | /s/ Diana Carpintero, Esq. |
| Joseph S Davidson | Diana Carpintero |
| Attorney for Debtor | Attorney for Movant |

ENTERED: _____          DATE: _____