# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | | |
|---|---|---|
| John William Bovenzo | ) | Case No. 15-15500 |
| Susan Bovenzo | ) | |
| *aka* Susan Trbovic | ) | Chapter 13 |
| | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtor(s) | ) | |

## NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER

NOW COMES, U.S. Bank National Association, as Trustee of the Tiki Series III Trust by its attorneys, Marinosci Law Group, P.C., and hereby gives notice that the Debtor has failed to comply with the Agreed Order Conditioning the Automatic Stay entered December 11, 2018 (DE 76) ("Agreed Order"). Pursuant to the Agreed Order, the Debtor was to cure the post-petition default and was to make monthly post-petition payments in a timely manner. The Debtor has failed to tender the monthly post-petition payments for the months of December 01, 2018 and January 01, 2019 in the amount of $1,949.62. Furthermore, the Debtor has failed to tender the monthly stipulated payments for the months of December 01, 2018 and January 01, 2019 each in the amount of $2,232.58 per the repayment scheduled in the Order. Pursuant to said Order, Debtor has fourteen (14) days to pay all delinquent amounts owed, plus any amounts accrued during said period. The amount due as of January 8, 2019 is $8,364.40.

DATED: January  10  , 2019                          U.S. Bank National Association

                                                    By:   /s/ Diana Carpintero
                                                          Marinosci Law Group, P.C.

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on January  10 , 2019, and that he has determined that the following person(s) are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Joseph S Davidson; Charles L. Magerski o.b.o Debtors:
jdavidson@sulaimanlaw.com; cmagerski@sulaimanlaw.com

Glenn B Steaerns – Trustee: stearns_g@lisle13.com

Patrick S Layng – U.S. Trustee: USTPRegion11

                                                /s/ Diana Carpintero
                                                Diana Carpintero
                                                Marinosci Law Group, P.C.

## PROOF OF SERVICE

I hereby certify that on January  10 , 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly address to the following:

John William Bovenzo
173 South Palmer Drive
Bolingbrook, IL 60490

Susan Bovenzo
173 South Palmer Drive
Bolingbrook, IL 60490

                                                /s/ Diana Carpintero
                                                Diana Carpintero
                                                Marinosci Law Group, P.C.

Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
312-940-8580
(f)312-988-0454
ILWIBK@mlg-defaultlaw.com