**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | ) In proceedings under Chapter 13 |
| | ) Honorable Pamela S. Hollis |
| John William Bovenzo, | ) |
| Susan Bovenzo, | ) Case No. 15 B 15500 |
| Debtors. | ) |

**NOTICE OF DEFAULT**

TO:   John William Bovenzo
      173 S. Palmer Drive
      Bolingbrook, IL 60490

      Susan Bovenzo
      173 S. Palmer Drive
      Bolingbrook, IL 60490

RE:   TD Auto Account No. #xxx-xxxxxx8969
      2013 Jeep Wrangler, VIN: 1C4BJWDG1DL602250

You have failed to maintain your payments to the Trustee, as required under 11 U.S.C. §362 and your agreement with TD Auto.  You must cure the delinquency within fourteen (14) days from the date of this Notice and provide proof of the cure to the undersigned and your attorney within fourteen (14) days from the date of this Notice.

**IF YOU FAIL TO PROVIDE PROOF THAT PLAN PAYMENTS
TO THE TRUSTEE ARE CURRENT AND FILE A
NOTICE OF CURE WITHIN FOURTEEN (14) DAYS,
THE AUTOMATIC STAY WILL TERMINATE WITHOUT
FURTHER NOTICE OR ORDER, AND TD AUTO
MAY REPOSSESS AND SELL YOUR VEHICLE**

RIEZMAN BERGER, P.C.

By: **/s/ Kathryn A. Klein**
    Kathryn A. Klein, #06199235
    7700 Bonhomme, 7th Floor
    St. Louis, Missouri 63105
    (314) 727-0101
    Attorneys for TD Auto

## PROOF OF SERVICE

The undersigned states that I served the attached Notice of Default upon the parties named below was served via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on the 7th day of March, 2019.

| | |
|---|---|
| John William Bovenzo<br>173 S. Palmer Drive<br>Bolingbrook, IL 60490 | Debtor |
| Susan Bovenzo<br>173 S. Palmer Drive<br>Bolingbrook, IL 60490 | Debtor |
| Charles L. Magerski<br>900 Jorie Boulevard, Ste. 150<br>Oak Brook, IL 60523 | Attorney for Debtors |
| Glenn B. Stearns<br>801 Warrenville Road #650<br>Lisle, IL 60532 | Chapter 13 Trustee |
| Office of U. S. Trustee<br>Dirksen Federal Court House<br>219 S. Dearborn St., Ste. 873<br>Chicago, IL 60604 | |

**/s/ Kathryn A. Klein**