## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-15500 |
| | ) | |
| **John William Bovenzo** | ) | Chapter 13 |
| **Susan Bovenzo** | ) | |
|   *aka* **Susan Trbovic** | ) | Judge Pamela S. Hollis |
| | ) | |
| **Debtors** | ) | |

## NOTICE OF TERMINATION OF STAY

Please be advised that pursuant to the Order of Court entered December 11, 2018 ("Agreed Order") specifying the manner in which the Automatic Stay may be modified in the event of a two month default, and the Notice of Default, dated February 19, 2019, previously served upon the above parties, the Automatic Stay is hereby modified for U.S. Bank National Association, as Trustee of the Tiki Series III Trust to proceed against debtors with respect to the property located at 173 South Palmer Drive, Bolingbrook, IL 60490.

Dated: March 12, 2019

/s/Diana Carpintero
Diana Carpintero
Attorney for Secured Creditor

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the above instrument was filed electronically with the Court on March 12, 2019, and that he has determined that the following person(s) are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Joseph S Davidson; Charles L. Magerski o.b.o Debtors:
jdavidson@sulaimanlaw.com; cmagerski@sulaimanlaw.com

Glenn B Steaerns – Trustee: stearns_g@lisle13.com

Patrick S Layng – U.S. Trustee: USTPRegion11

I hereby certify that on March 12, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly address to the following:

John William Bovenzo
173 South Palmer Drive
Bolingbrook, IL 60490

Susan Bovenzo
173 South Palmer Drive
Bolingbrook, IL 60490

                                          /s/ Diana Carpintero
                                          Diana Carpintero
                                          Marinosci Law Group, P.C.

Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
312-940-8580
(f)312-988-0454
ILWIBK@mlg-defaultlaw.com